RICHARD VERITY et al., as Executors and Trustees. under the Will of CHARLES H. VERITY, Deceased, Appellants, *v.* METROPOLIS LAND COMPANY, Respondent, Impleaded with Another.

Argued May 27, 1937; decided June 11, 1937.

*Eugene R. Hurley* and *Paul J. Leach* for appellants.

*Joseph M. Creamer* and *Starr Corey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.